SIRE AND WIFE, Plaintiff in Error, v. CITY OF ST. LOUIS, Defendant in Error.

1. Lee v. Lindell, ante, p. 202, affirmed.

### Error to St. Louis Circuit Court.

SCOTT, Judge. This case is in all respects like that of Pelagie Lee v. Jesse G. Lindell and others, decided at the present term of the court. Judge Ryland concurring, the judgment will be affirmed. (Leonard, J., dissenting.)